**Motion Granted in Part; Denied in Part; and Order filed May 3, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00463-CV**
_____

**CHRISTOPHER MICHAEL DUPUY, Appellant**

**V.**

**HEATHER RENE WILLIAMS, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18982**

## ORDER

Our opinion in this appeal issued December 2, 2021. The Supreme Court of Texas denied appellant's petition for discretionary review on April 1, 2022. On April 4, 2022, appellee moved to remove appellant's amended reply brief from this court's website. Alternatively, appellee is not opposed to appellant redacting the exhibits from his brief.

Appellant's reply brief filed July 12, 2021, disclosed sensitive data and was stricken. *See* Tex. R. App. P. 9.9(a)(3). Appellant filed an amended reply brief on

July 14, 2021. Our review of the amended reply brief reveals there is sensitive data in the appendix to the brief. *See* Tex. R. App. P. 9.9(a)(3).

Documents attached to an appellate brief are not evidence to be considered by the appellate court, *see WorldPeace v. Comm'n for Lawyer Discipline*, 183 S.W.3d 451, 465 n.23 (Tex. App.—Houston [14th Dist.] 2005, pet. denied), and we provided appellant an opportunity to comply with Rule 9.9. We therefore do not provide another. Accordingly, we grant appellee's motion in part, strike the appendix to appellant's amended reply brief filed July 14, 2021, and remove the stricken portion from this court's website. The remainder of appellant's reply brief appears not to contain sensitive data; accordingly, we deny the motion to remove the remainder of appellant's amended reply brief from the court's website.

PER CURIAM

Panel Consists of Justices Jewell, Spain and Wilson.